IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
DIVISION

HENRY J. CHOICE,

    Plaintiff,

v.    CASE NO. 4:13-cv-48-MW/CAS

DALE EARNHARDT, JR.,
BILL GATES, and
TED TURNER,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed February 15, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. Plaintiff's in forma pauperis motion, ECF NO. 2, is **GRANTED** and Plaintiff's complaint is hereby **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk shall enter judgment stating: "This cause is **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for Plaintiff's

failure to state a claim upon which relief may be granted." The Clerk shall close the file.

SO ORDERED on March 4, 2013.

s/Mark E. Walker
United States District Judge